## WALLEN et al. v. CARRIKER et al.

No. 27424. June 15, 1937.

Rehearing Denied July 13, 1937.

Clayton B. Pierce and T. B. Rucker, for petitioners.

Mac Q. Williamson, Atty. Gen., Houston W. Reeves, Asst. Atty. Gen., and Dan Nelson, for respondents.

RILEY, J. The opinion in cause No. 27442, Pemberton Bakery v. State Industrial Commission and J. M. Blancett, this day rendered, is hereby adopted as the opinion in this cause, 180 Okla. 446, 70 P. (2d) 98.

OSBORN, C. J., and WELCH, PHELPS, CORN, and HURST, JJ., concur. BAYLESS, V. C. J., and GIBSON, J., dissent. BUSBY, J., absent.